UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
SHAEL CRUZ, on behalf of himself and all others         :     1:20 cv 09470 (JGK)
similarly situated,                                     :
                                                        :     **STIPULATION AND ORDER**
                                      Plaintiffs,  :     **DISCONTINUING ACTION WITH**
                                                        :     **PREJUDICE**
                     - against -                        :
                                                        :
SIG SAUER, INC.,                                        :
                                                        :
                                      Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for plaintiff Shael Cruz, on behalf of himself and all others similarly situated,

and defendant Sig Sauer, Inc. in the above-entitled action, that the above-entitled action be, and

the same hereby is discontinued with prejudice and without costs to any party hereto as against

the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
         February 12, 2021


COHEN & MIZRAHI LLP                         LITTLETON PARK JOYCE
                                            UGHETTA & KELLY LLP

By: _____                  By: _____
    Joseph H. Mizrahi (JM-      )                Robert D. Wilson, Jr. (RW-4357)
Attorneys for Plaintiffs                     Attorneys for Defendant
300 Cadman Plaza West, 12th Floor            Sig Sauer, Inc.
Brooklyn, New York 11201                     The Centre at Purchase
Telephone: (929) 575-4175                    Four Manhattanville Road, Suite 202
                                             Purchase, New York 10577
                                             Telephone: (914) 417-3400


So Ordered:

  /s/ John G. Koeltl          February 19, 2021
_____
Hon. John G. Koeltl